No. A–1272. MINNESOTA ET AL. *v.* RESERVE MINING Co. ET AL. Application to vacate stay order of United States Court of Appeals for the Eighth Circuit, presented to MR. JUSTICE BLACKMUN and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application. 

JULY 11, 1974

No. 73–6770. TERRY *v.* UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

JULY 22, 1974

No. 73–467. BERRY *v.* NATIONAL BROADCASTING Co., INC. C. A. 8th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court. 

No. 73–6879. CARTER *v.* KERN, SHERIFF. C. A. 5th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 73–6919. CARTER *v.* COURT OF CRIMINAL APPEALS OF TEXAS. Motion for leave to file petition for writ of mandamus and/or prohibition dismissed under Rule 60 of the Rules of this Court.